UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR LEE AVERY,

    Petitioner,

v.                                                         CASE NO. 6:05-cv-1634-Orl-19JGG
                                                            (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondents.
_____

**ORDER**

This case is before the Court on the following motions:

1.    **MOTION**:   Petitioner's Motion for Appointment of Counsel (Doc. No. 4, filed November 16, 2005).

Thereon it is **ORDERED** that the motion is **DENIED**. The interests of justice do not warrant appointment of counsel in this case at this time. In the event that the Court determines that an evidentiary hearing is necessary, the motion will be reconsidered at that time.

2.    **MOTION**:   Petitioner's Motion for Reconsideration of Order Denying Motion Requesting Permission to Exceed Page Limitation (Doc. No. 5, filed November 17, 2005).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has not demonstrated sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida this __21st__ day of November, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 6/24
Arthur Lee Avery
Counsel of Record